B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Lamas, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): DBA Peter Lamas Products; DBA Lamas Beauty International; DBA Lamas Beauty; DBA Peter Lamas | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) 91-1954650 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 6222 WILSHIRE BLVD #301 Los Angeles, CA ZIP Code 90048 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Lamas, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Lamas, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X [signature]
Signature of Attorney for Debtor(s)

Ron Bender 143364
Printed Name of Attorney for Debtor(s)

Levene, Neale, Bender, Yoo & Brill LLP
Firm Name

10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
Address

(310) 229-1234
Telephone Number

January 25, 2011 143364
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Authorized Individual

Daniel Sanders
Printed Name of Authorized Individual

President
Title of Authorized Individual

January 25, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Lamas, Inc.** Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the ehild's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Fortune High Tech Marketing<br>880 Corporate Drive<br>Lexington, KY 40503** | **Fortune High Tech Marketing<br>880 Corporate Drive<br>Lexington, KY 40503<br>(859) 422-7000** | | **Disputed** | **1,060,890.51** |
| **David Camping<br>1401 Perrin Drive #405<br>North Myrtle Beach, SC 29582** | **David Camping<br>1401 Perrin Drive #405<br>North Myrtle Beach, SC 29582** | | | **971,360.00** |
| **Saeed Ghaderi<br>9277 South Peruvian Drive<br>Park City, UT 84098** | **Saeed Ghaderi<br>9277 South Peruvian Drive<br>Park City, UT 84098** | | | **111,250.00** |
| **Federal Express<br>NCO Financial<br>PO Box 4946<br>Trenton, NJ 08650** | **Federal Express<br>NCO Financial<br>PO Box 4946<br>Trenton, NJ 08650** | | | **66,826.42** |
| **McKenna Labs, Inc.<br>605 S. East Street<br>Anaheim, CA 92805** | **McKenna Labs, Inc.<br>605 S. East Street<br>Anaheim, CA 92805<br>(858) 581-6888** | | | **26,484.84** |
| **Imperial Paper Company<br>5733 Cahuenga Blvd<br>North Hollywood, CA 91601** | **Imperial Paper Company<br>5733 Cahuenga Blvd<br>North Hollywood, CA 91601<br>(818) 769-4400** | | | **24,564.65** |
| **Cypress LLP<br>11111 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90025** | **Cypress LLP<br>11111 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90025<br>(424) 901-0123** | | | **23,719.06** |
| **Tyler Ghallagher<br>6324 Quebec Drive<br>Los Angeles, CA 90046** | **Tyler Ghallagher<br>6324 Quebec Drive<br>Los Angeles, CA 90046** | | | **22,000.00** |
| **Creative Media Marketing, Inc.<br>594 Broadway, Suite 500<br>New York, NY 10012** | **Creative Media Marketing, Inc.<br>594 Broadway, Suite 500<br>New York, NY 10012** | | | **21,312.10** |

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re Lamas, Inc. Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Stubbs, Alderton & Markiles, LLP<br>15260 Ventura Blvd 20th Floor<br>Sherman Oaks, CA 91403 | Stubbs, Alderton & Markiles, LLP<br>15260 Ventura Blvd 20th Floor<br>Sherman Oaks, CA 91403 | | | 20,776.00 |
| Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | | | 18,091.92 |
| Aware Products, Inc.<br>9250 Mason Avenue<br>Chatsworth, CA 91311 | Aware Products, Inc.<br>9250 Mason Avenue<br>Chatsworth, CA 91311 | | | 17,057.20 |
| Benjamin Bennett<br>Hatch Beauty<br>1715 18th Street<br>Santa Monica, CA 90404 | Benjamin Bennett<br>Hatch Beauty<br>1715 18th Street<br>Santa Monica, CA 90404 | | | 16,688.00 |
| Elaine Chambers<br>Paragon Natural Sales<br>11514 Briar Rose<br>Houston, TX 77077 | Elaine Chambers<br>Paragon Natural Sales<br>11514 Briar Rose<br>Houston, TX 77077 | | | 12,953.66 |
| Tracy Holland<br>Bravoport Retail Sales<br>772 Sutro Ave<br>Novato, CA 94947 | Tracy Holland<br>Bravoport Retail Sales<br>772 Sutro Ave<br>Novato, CA 94947 | | | 11,500.00 |
| Allen Lissauer<br>15303 Ventura Blvd 9th Floor<br>Sherman Oaks, CA 91403 | Allen Lissauer<br>15303 Ventura Blvd 9th Floor<br>Sherman Oaks, CA 91403 | | | 11,000.00 |
| Lewis Brisbois Bisgaars & Smith LLP<br>221 North Figeroa Street<br>Los Angeles, CA 90012 | Lewis Brisbois Bisgaars & Smith LLP<br>221 North Figeroa Street<br>Los Angeles, CA 90012<br>(213) 250-1800 | | | 9,412.37 |
| Gary Abreim<br>10370 Cherry Ridge Road<br>Sebastopol, CA 95472 | Gary Abreim<br>10370 Cherry Ridge Road<br>Sebastopol, CA 95472 | | | 9,195.27 |
| Allure Cosmetics, Inc.<br>30901 Wiegman Road<br>Hayward, CA 94544-7809 | Allure Cosmetics, Inc.<br>30901 Wiegman Road<br>Hayward, CA 94544-7809<br>(718) 545-4230 | | | 8,779.59 |
| DesignWorx Packaging<br>31 Orchard Road<br>Lake Forest, CA 92630 | DesignWorx Packaging<br>31 Orchard Road<br>Lake Forest, CA 92630<br>(949) 916-6100 | | | 8,761.08 |

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re Lamas, Inc. Case No. ______
Debtor(s)

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date January 25, 2011 Signature ______
**Daniel Sanders**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

**CERTIFICATE OF LAMAS, INC.**
**AUTHORIZING FILING OF PETITION UNDER**
**CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Daniel Sanders, hereby certify as follows:

1. I am the President of Lamas, Inc. (the "Company").

2. On December 21, 2010, the following resolutions were duly enacted by the Board of Directors of the Company (the "Board"), and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on December 22, 2010 or the first possible date thereafter as determined by Daniel Sanders (the "Designated Officer") upon the advice of bankruptcy counsel;
>
> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case;

FURTHER RESOLVED, that the Designated Officer shall be required to obtain the prior consent of the Board before causing the Company to sell all or substantially all of the Company's assets; to sell assets outside the ordinary course of business; to borrow money; or to file and attempt to confirm a plan of reorganization.

Dated: December 21, 2010

LAMAS, INC.

By:____________________
Daniel Sanders, President

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Ron Bender 143364**

Address **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Lamas, Inc.**<br>**DBA Peter Lamas Products; DBA Lamas Beauty International; DBA Lamas Beauty; DBA Peter Lamas** | Case No.:<br>Chapter: **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 5 sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **January 25, 2011**

**/s/ Daniel Sanders**
**Daniel Sanders/President**
Signer/Title

Date: **January 25, 2011**

**/s/ Ron Bender**
Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Lamas, Inc.
6222 WILSHIRE BLVD #301
Los Angeles, CA 90048

Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Allen Lissauer
15303 Ventura Blvd 9th Floor
Sherman Oaks, CA 91403

Allure Cosmetics, Inc.
30901 Wiegman Road
Hayward, CA 94544-7809

Angelo Lombardo
Dartmouth Sales
455 Chase Road
North Dartmouth, MA 02747

Aware Products, Inc.
9250 Mason Avenue
Chatsworth, CA 91311

Benjamin Bennett
Hatch Beauty
1715 18th Street
Santa Monica, CA 90404

Carol Hutton
T&C Natural Sales Brokers
530 E. Michigan Avenue
Phoenix, AZ 85022

Catherine Tolentino

Christopher Mur

Creative Media Marketing, Inc.
594 Broadway, Suite 500
New York, NY 10012

Cynthia Winner
Winner & Associates
7 Sussex Place
Downingtown, PA 19335

Cypress LLP
11111 Santa Monica Blvd Ste 500
Los Angeles, CA 90025

David Al Hakeem
1162 Baja Street
Laguna Beach, CA 92651

David Camping
1401 Perrin Drive #405
North Myrtle Beach, SC 29582

DesignWorx Packaging
31 Orchard Road
Lake Forest, CA 92630

Don Newsom

Doug Newsom

Elaine Chambers
Paragon Natural Sales
11514 Briar Rose
Houston, TX 77077

Federal Express
NCO Financial
PO Box 4946
Trenton, NJ 08650

Fortune High Tech Marketing
880 Corporate Drive
Lexington, KY 40503

Gary Abreim
10370 Cherry Ridge Road
Sebastopol, CA 95472

Google, Inc.
Dept 33654
PO Box 39000
San Francisco, CA 94139

Imperial Paper Company
5733 Cahuenga Blvd
North Hollywood, CA 91601

Juliet Harris

Katalin Torok
850 Warfield Avenue
Oakland, CA 94610

Kim Amphlett

Laura Lewis
1706 1/2 Delballe Avenue
Glendale, CA 91208

Lewis Brisbois Bisgaars & Smith LLP
221 North Figeroa Street
Los Angeles, CA 90012

Linda Stevenson
Rainmaker Enterprises
23902 SE 384th Street
Enumclaw, WA 98022

Lizzette Abrao

Lynn O'Neill
4077 3rd Avenue #407
San Diego, CA 92103

Mary Lou Thackery
ML Marketing Natural Sales
PO Box 62039
Boulder City, NV 89006

McKenna Labs, Inc.
605 S. East Street
Anaheim, CA 92805

Molly Kasch

Saeed Ghaderi
9277 South Peruvian Drive
Park City, UT 84098

Stubbs, Alderton & Markiles, LLP
15260 Ventura Blvd 20th Floor
Sherman Oaks, CA 91403

Terry Van Riper
T&C Natural Sales Brokers
530 E. Michigan Avenue
Phoenix, AZ 85022

Tracy Holland
Bravoport Retail Sales
772 Sutro Ave
Novato, CA 94947

Tyler Ghallagher
6324 Quebec Drive
Los Angeles, CA 90046

Wayne Cooper
200-19580 56th Avenue
Surrey, BC, CANADA V3S 6K4

Wayne Cooper

Wendy Partlow
Nature's Trading
2194 Hwy A1A, Suite 206-A
Satellite Beach, FL 32937

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br>☐ *Attorney for:* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Lamas, Inc.<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION (CORPORATION/PARTNERSHIP)

- ☒ Petition, statement of affairs, schedules or lists — Date Filed: 1/25/2011
- ☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: ____
- ☒ Other: ____ — Date Filed: ____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

____________________
*Signature of Authorized Signatory of Filing Party*

January 25, 2011
Date

Daniel Sanders
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

____________________
*Signature of Attorney for Filing Party*

January 25, 2011
Date

Ron Bender 143364
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.



Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy